# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00060-CV

## In re Beverly Diane Gordon

## ORIGINAL PROCEEDING FROM BASTROP COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Relator's motion for temporary relief is also denied.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed: February 8, 2022